# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHVIR SINGH,<br><br>                      Petitioner,<br><br>   v.<br><br>CHRISTOPHER LAROSE, Warden, Otay Mesa Detention Center,<br><br>                      Respondent. | Case No.:  26cv1390 DMS JLB<br><br>**ORDER REQUIRING RESPONSE** |

On March 4, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  Respondent shall file his response to the Petition on or before **March 17, 2026**.  Petitioner shall file his reply on or before **March 20, 2026**.  Unless the Court orders otherwise, the matter will be submitted on the papers without oral argument.

To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondents **<u>MUST NOT</u>** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition.  *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025

/ / /

/ / /

/ / /

1

WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

**IT IS SO ORDERED**.

Dated:  March 10, 2026

_____
Hon. Dana M. Sabraw
United States District Judge